**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO. 8:19-cv-00508-SDM-AEP**

ANDREW K. PROKOS,

      Plaintiff,

v.

EXCEEDANT LLC DBA AIRST STANN,
AMERICAN LAND RECYCLING
(PHILADELPHIA) CORPORATION DBA
EXCEEDANT, SUSAN STANN AIRST,
AND RANDALL LORIE AIRST,

      Defendants.

_____

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO TERMINATE CM/ECF NOTICES**

      Ana P. Moretto ("Moretto"), hereby moves to withdraw as counsel of record for Plaintiff, ANDREW K. PROKOS ("Prokos"), pursuant to Local Rule 2.03(b) of the Middle District of Florida, and to terminate CM/ECF Notices to her, and as grounds therefor states as follows:

      1.     On June 24, 2019, Ana P. Moretto tendered her resignation to Joel B. Rothman, managing partner of SRIPLAW, effective June 28, 2019.

      2.     Moretto's resignation was made immediately effective.

      3.     On June 26, 2019, a Motion for Extension of Time (Doc. 33) was filed advising the Court and all parties of Moretto's resignation.

      4.     Because of her leaving SRIPLAW, Moretto has not, since June 24, 2019, represented any party in this case.

5. When an attorney changes firms, either "the departing attorney or other attorney who has appeared must file a motion for approval of the departing attorney's withdrawal." United States District Court Middle District of Florida, Administrative Procedures for Electronic Filing, June 5, 2015, II.D.

6. Under Rule 4-5.8(a), Procedures for Lawyers Leaving Law Firms and Dissolution of Law Firms, Rules Regulating the Florida Bar, the contract for legal services creates and governs the legal relationship between the client and the law firm.

7. "Absent a specific agreement otherwise, a lawyer who is leaving a law firm may not unilaterally contact those clients of the law firm for purposes of notifying them about the anticipated departure . . . ." Rule 4-5.8(c)(1) Regulating the Florida Bar.

8. Moretto departed SRIPLAW on June 24, 2019, at which time SRIPLAW had been and was representing Prokos pursuant to a contract for representation.

9. Following Moretto's departure from SRIPLAW, any continued representation of Prokos by Moretto would have been in violation of the rules of ethics.

10. By virtue of the Motion for Extension of Time (Doc. 33), all parties affected by the relief sought herein have received more than 10 days' notice as required by Local Rule 2.03(b).

11. Based upon the foregoing, Moretto respectfully requests that this Court allow Moretto to withdraw as counsel in this case.

12. No substantial harm or prejudice will come from Moretto's withdrawal as counsel due to Rothman's and SRIPLAW's representation of Prokos since the inception of this case.

WHEREFORE, Ana P. Moretto, respectfully requests this Honorable Court enter an order granting her motion to withdraw and relieving her from further obligations to Plaintiff, ANDREW

K. PROKOS, and terminating CM/ECF Notices as to Ana P. Moretto, and granting such other and further relief as proper and necessary.

## LOCAL RULE 3.01(G) CERTIFICATION

The undersigned hereby certifies that she has conferred with all opposing parties who advise they do not object to the relief sought herein.

DATED: July 24, 2019                                    Respectfully submitted,

/s/ Ana P. Moretto
ANA P. MORETTO
Florida Bar No. 126347
morettoanapaula@gmail.com
19196 Black Mangrove Ct.
Boca Raton, Florida 33498
(617) 756-2846

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on July 24, 2019, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties and counsel of record listed on the Service List below.

/s/ Ana P. Moretto
ANA P. MORETTO

## SERVICE LIST

Amber Robinson
Robinson Law Office PLLC
695 Central Avenue, Suite 264
Saint Petersburg, FL 33701
arobinsonlawfirm@gmail.com
arobinson@arobinsonlawfirm.com
*Attorney for Exceedant LLC dba Airst Stann*

Susan Stann Airst
1800 JFK Boulevard, #300
Philadelphia, PA 19103
exceedant1membercase@gmail.com
*Pro Se*

3

4

Randall Lorie Airst
100 South Ashley Drive, #600
Tampa, FL 33602
rlairstcase@gmail.com
*Pro Se*

Joel B. Rothman
SRIPLAW
21301 Powerline Road, Ste. 100
Boca Raton, FL 33433
joel.rothman@sriplaw.com
*Attorney for Andrew K. Prokos*

4