UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:19-cv-00508-SDM-AEP

ANDREW K. PROKOS,

    Plaintiff,

v.

EXCEEDANT LLC DBA AIRST STANN,
AMERICAN LAND RECYCLING
(PHILADELPHIA) CORPORATION DBA
EXCEEDANT, SUSAN STANN AIRST,
AND RANDALL LORIE AIRST,

    Defendants.

## STIPULATION OF DISMISSAL

Plaintiff ANDREW K. PROKOS and Defendants EXCEEDANT LLC DBA AIRST STANN, SUSAN STANN AIRST, AND RANDALL LORIE AIRST, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated: October 25, 2019

Respectfully submitted,

/s/ Craig A. Wirth
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com
CRAIG A. WIRTH
Florida Bar Number: 125322
craig.wirth@sriplaw.com

**SRIPLAW**
21301 Powerline Road

/s/ [signature]
AMBER ROBINSON
Florida Bar No.
arobinson@arobinsonlawfirm.com

**ROBINSON LAW OFFICE PLLC**
695 Central Avenue
Suite 264
Saint Petersburg, FL 33701
813-613-2400 - Telephone

<div style="display: flex;">

Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Andrew K. Prokos*

*/s/ Susan Stann Airst*
Susan Stann Airst

100 South Ashley Drive
#600
Tampa, FL 33602
exceedant1membercase@gmail.com
*Pro Se*

727-362-1979 - Facsimile

*Counsel for Defendants Exceedant LLC dba Airst Stann,*

*/s/ Randall Lorie Airst*
Randall Lorie Airst
100 South Ashley Drive
#600
Tampa, FL 33602
rlairstcase@gmail.com
*Pro Se*

</div>

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on October 25, 2019, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

/s/Craig A. Wirth
Craig A. Wirth

## SERVICE LIST

Ms. Amber Robinson
Robinson Law Office PLLC
695 Central Avenue
Suite 264
Saint Petersburg, FL 33701
arobinsonlawfirm@gmail.com
arobinson@arobinsonlawfirm.com
Attorney for Exceedant LLC dba Airst Stann

*Susan Stann Airst*

100 South Ashley Drive
#600
Tampa, FL 33602
exceedant1membercase@gmail.com
*Pro Se*

*Randall Lorie Airst*
*100 South Ashley Drive*
*#600*
*Tampa, FL 33602*
*rlairstcase@gmail.com*
*Pro Se*

2